# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**IN RE: KRISTEENA NICOLE HAWK,**

   **Debtor,**                                                  **No. 08-785-DRH**

## ORDER

**HERNDON, Chief Judge:**

This case is before the Court for case management. On February 17, 2009, the Court ordered Debtor Kristeena Nicole Hawk to show cause as to why she had failed to comply with the Orders of the Bankruptcy Court (Doc. 4). On March 13, 2009, Hawk filed a response stating that she was currently in the process of getting a divorce and would be able to pay on the $1,957 owed pursuant to the Bankruptcy Court's January 23, 2008 Order once she obtained back pay owed to her by her husband (Doc. 8). Thereafter, the Court ordered Hawk to notify the Court every 60 days of her financial situation and her current address. To date, Hawk has failed to submit any documentation regarding her financial situation and her current address.

Perhaps Ms. Hawk does not understand the seriousness of failing to comply with a court's orders. The ultimate sanction for such failure could be a finding of civil contempt, in a situation such as this, by the Court. When one is found in contempt the Court has a number of options available to it, including a financial sanction, requiring the condemner (the person held in contempt) to pay money to the Court, or could even jail the condemner for a certain period of time

until the person resolves the cause of the contempt. Consequently, it is very important that Ms. Hawk show a good faith effort to comply with the Court's orders or come into court and demonstrate why matters beyond her control prevent her from complying with such orders, if that is the case. Therefore, the Court **ORDERS** Debtor Hawk to show in writing by **August 21, 2009** why she has failed to comply with this Court's April 1, 2009 Order.

**IT IS SO ORDERED.**

Signed this 5th day of August, 2009.

/s/    *DavidRHerndon*
**Chief Judge**
**United States District Court**