IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | ) |
| | ) |
| | ) |
| KRISTEENA NICOLE HAWK, | ) No. 08-785-DRH |
| | ) |
| Debtor(s) | ) |
| | ) |

**ORDER**

The above captioned matter coming before the Court on the order for debtor to show cause and Donald M. Samson, trustee, appearing and debtor, Kristeena Nicole Hawk, having been given notice of the hearing and failing to appear and the Court being advised in the premises and finding good cause to enter this order:

**IT IS ORDERED** that debtor turn over her 2009 federal income tax refund to Donald M. Samson, trustee to satisfy the order of the U.S. Bankruptcy Court in case 05-36452 ordering Kristeena Nicole Hawk to pay to Donald M. Samson, trustee, the sum of $1,957.50. In the event the refund check exceeds $1,957.50, Donald M. Samson, trustee, is to remit to debtor, Kristeena Nicole Hawk, the amount by which the refund check exceeds $1,957.50.

**IT IS FURTHER ORDERED** that the Internal Revenue Service is authorized and directed to forward to Donald M. Samson, trustee, the 2009 federal income tax refund check for debtor, Kristeena Nicole Hawk. In the event the refund check exceeds $1,957.50, Donald M. Samson, trustee, is to remit to debtor, Kristeena Nicole Hawk, the amount by which the refund check exceeds $1,957.50.

ENTERED: November 18, 2009

/s/ David R Herndon
U.S. DISTRICT JUDGE