## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | ) |
| | ) |
| KRISTEENA NICOLE HAWK, | ) 08-785-DRH |
| | ) |
| Debtor. | ) |

### ORDER FOR ISSUANCE OF BODY ATTACHMENT

The above captioned matter coming before the Court for hearing on March 16, 2010, on the order for debtor, Kristeena Hawk, to appear and show cause, if any, why she should not be held in contempt for her failure to obey the order of this Court entered November 18, 2009, and debtor having been served the order and having failed to appear as ordered and having failed to turnover to Donald M. Samson, trustee, her 2009 federal income tax refund and having been found in willful contempt of the order of this Court.

**IT IS HEREBY ORDERED** that a writ of body attachment be issued directing the U.S. Marshall to arrest debtor, Kristeena Hawk, and bring her before this Court.

ENTERED: March 17, 2010

/s/ David R Herndon
CHIEF JUDGE
UNITED STATES DISTRICT COURT