IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

In Re:

**KRISTEENA NICOLE HAWK,**                             **No. 08-785-DRH**

**Debtor.**

**ORDER**

**HERNDON, Chief Judge:**

This matter is before the Court for case management purposes. On March 17, 2010 the Court issued an order for writ of body attachment because of Hawk's continued failure to appear before the Court and obey the Court's orders and, in particular, her failure to appear at a March 16, 2010 show cause hearing (Doc. 20). On March 23, 2010, Hawk submitted a letter to the Court which this Court has construed as a motion for reconsideration of the order issuing the writ for body attachment (Doc. 22). In her motion, Hawk apologizes for not turning over her share of the tax refund she jointly received along with her husband because her husband withheld her share of the funds from her. Hawk also states that she did not know about the scheduled hearings because copies of the notices and orders sent by the Court were received by her husband. Hawk states that she wants to resolve the matter and pay the money that she is owed, albeit on a piecemeal basis.

In light of the allegations in her motion, the Court believes that further investigation into her claims is warranted. As such, the Court sets this matter for hearing on **April 15, 2010 at 3:30 p.m.** The Court also finds that as the majority

of Hawk's claims involve actions on her husband's part, that her husband, Joshua Richard Hawk's, appearance is necessary in order to verify Hawk's allegations. Therefore, the Court **DIRECTS** the Clerk of the Court to issue a subpoena upon **Joshua Richard Hawk** at **535 Sheridan St. Bethalto, IL 62010** for his appearance at the April 15, 2010  motion hearing**.**  The Court further **DIRECTS** the United States Marshal to serve this subpoena on Mr. Hawk at the expense of the Government.

So it is very clear, the subpoena requires Joshua Hawk to appear at the hearing on April 15th or face sanctions under the law and this order requires Kristeena Hawk to appear at the hearing on April 15th or face sanctions imposed by the Court.

**IT IS SO ORDERED.**

Signed this 24th day of March, 2010.

/s/   David R Herndon

**Chief Judge**
**United States District Court**