IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

In Re:

**KRISTEENA NICOLE HAWK,**                              No. 08-785-DRH

**Debtor.**


### ORDER

**HERNDON, Chief Judge:**

      This matter is before the Court for case management purposes. On March 17, 2010 the Court issued an Order for a writ of body attachment on Kristeena Nicole Hawk (Doc. 20). Subsequently that same day, a writ of body attachment was issued (Doc. 21). On March 23, 2010, before the writ was executed, Ms. Hawk filed a motion for reconsideration stating that she had failed to attend scheduled hearings before this Court because she did not receive the notices sent to her (Doc. 22). A hearing on the motion is currently set for April 15, 2010 (Doc. 24). In light of the response by Ms. Hawk and the pending motion hearing, the Court Orders that the United States Marshal **STAY** execution of the writ (Doc. 21) until further notice of this Court. If Ms. Hawk fails to appear at the April 15, 2010 hearing, the Court will resubmit an Order for the Marshals to execute the writ at that time. **IT IS SO ORDERED.** Signed this 25th day of March, 2010.

                                              /s/  David R Herndon

                                       **Chief Judge**
                                       **United States District Court**