IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

In Re:

KRISTEENA NICOLE HAWK,                              No. 08-785-DRH

Debtor.

### ORDER

**HERNDON, Chief Judge:**

This matter is before the Court for case management purposes. Due to the unavailability of counsel, the motion hearing currently scheduled for April 15, 2010 at 3:30 p.m. is reset for **April 15, 2010 at 9:00 a.m.** The Court further **QUASHES** the previously issued subpoena on Joshua Richard Hawk. The Clerk of the Court is **ORDERED** to issue a new subpoena upon **Joshua Richard Hawk** at **535 Sheridan St. Bethalto, IL 62010** for his appearance at the hearing. The Court further **DIRECTS** the United States Marshal to serve this subpoena upon Mr. Hawk at the expense of the Government.

**IT IS SO ORDERED.**

Signed this 26th day of March, 2010.

/s/ David R Herndon
**Chief Judge**
**United States District Court**