IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: KRISTEENA NICOLE HAWK,

    Debtor.                          No. 08-785-DRH

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is trustee Donald M. Samson's Motion to Withdraw Motion for Show Cause (Doc. 31). Mr. Samson states that debtor, Kristeena Nicole Hawk, has paid Mr. Samson the sum of $1,957.00 to satisfy in full prior Court Orders to turnover funds to the trustee. Therefore, the Court **GRANTS** Mr. Samson's motion. (Doc. 31) The Court further **FINDS AS MOOT** Debtor Hawk's Motion to Reconsider (Doc. 22).

      Further, as Debtor Hawk has satisfied in full the prior Orders of this Court and has paid Mr. Samson the $1,957.00 in full, the Court finds that the contempt proceedings in this case are completed and that this case should be **DISMISSED with prejudice**. The Clerk to enter judgment accordingly.

      **IT IS SO ORDERED.**

      Signed this 27th day of April, 2010.

                                               /s/ David R Herndon
                                               **Chief Judge**
                                               **United States District Court**