IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: KRISTEENA NICOLE HAWK,

    Debtor.                        NO. 08-CV-785-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 27, 2010, this case is **DISMISSED** with prejudice.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT


                               BY:     /s/*Sandy Pannier*
                                                     **Deputy Clerk**

Dated: April 29, 2010


APPROVED: /s/ *David R Herndon*
                 CHIEF JUDGE
                 U. S. DISTRICT COURT